UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: _____

RAIMUNDO MODIA, JR.
REVOCABLE TRUST,

    Plaintiff,
vs.

BANNER LIFE INSURANCE
COMPANY,

    Defendant.
_____/

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNTIED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA:

Defendant, Banner Life Insurance Company ("Banner Life"), through its counsel, removes the above-captioned action from the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida pursuant to this Notice of Removal.

1.    On or about August 14, 2015, the State Court Action was commenced by the Plaintiff seeking benefits under a policy of life insurance ("Policy"). Banner Life was served with process on August 18, 2015. Thirty days after Banner Life's receipt of process have not yet expired. In accordance with 28 U.S.C. §1446, a copy of the Complaint and exhibits is attached hereto as Exhibit A. A copy of the Summons to Banner Life, the Department of Financial Services' Notice of Service of Process, Plaintiff's First Request for Production to Banner Life, Certificate of Serving Plaintiff's Interrogatories 1 – 6 to Defendant Banner Life, Defendant's

Notice of Appearance, and Defendant's Motion for Enlargement of Time to Respond to Complaint are attached as Composite Exhibit B.

2. This Court has original jurisdiction pursuant to 28 U.S.C. §1332 and Banner Life is entitled to remove this action to this Court pursuant to 28 U.S.C. §1441(a) in that, at the time of commencement and at the time of removal, the action is between citizens of different states and the matter in controversy exceeds the sum or value of $75,000.

3. Plaintiff is, and at the time of the filing of this action and at all relevant times, a citizen of the State of Florida for purposes of determining diversity under 28 U.S.C. §1332(c)(1). Plaintiff is a Florida revocable trust ("Trust") which is the beneficiary under the Policy insuring the life of Raimundo Modia, Jr. in the amount of $2,500,000.00. *See, Complaint, Paras. 2 and 6.* The beneficiary of the Trust is the insured's minor child who, upon information and belief, resides with and is domiciled in the State of Florida with his mother, Jacqueline Modia, who resides in and is domiciled in the State of Florida and is a citizen of the State of Florida. The insured's minor child is therefore a citizen of the State of Florida and Plaintiff is therefore also a citizen of the State of Florida.

4. Banner Life is a corporation incorporated under the laws of the State of Maryland with its principal place of business in Frederick, Maryland. Banner Life is a citizen of the State of Maryland.

5. The State Court Action is of a civil nature in which the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs. Plaintiff alleges it is the beneficiary under the Policy and further alleges Banner Life owes it the proceeds under the Policy, plus interest. *See, Complaint, Paras. 6 and 8.* The Policy's Schedule of Benefits, attached to the

Complaint, reflects the amount of the proceeds at issue is $2,500,000.00. Based upon the allegations in the Complaint, therefore, the amount in controversy exceeds $75,000.00.

6. Plaintiff further alleges that he is obligated to pay his attorney a reasonable fee for his services. *See, Complaint, Para. 9.*

7. Based on the foregoing, this civil action is between citizens of different states and the matter in controversy exceeds $75,000.00.

8. Written notice of the filing of this Notice has been given to all parties in this actin and a copy of this Notice shall be promptly filed with the Clerk of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

WHEREFORE, Defendant hereby removes the above action now pending against it in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to this Court.

    Respectfully submitted,

*s/ Leonor M. Lagomasino*
Leonor M. Lagomasino, Esq.
Florida Bar No: 750018
HINSHAW & CULBERTSON, LLP
Counsel for Defendant
2525 Ponce de Leon Boulevard
4th Floor
Coral Gables, Florida 33134
Telephone Number: (305) 358-7747
Facsimile Number: (305) 577-1063
Email:   llagomasino@hinshawlaw.com
Secondary Email: ellampallas@hinshawlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of September, 2015, I electronically filed the foregoing with the Clerk of the Court by using the E-Portal system which will send a notice of

electronic filing on the Service List, in the manner specified, either via transmission of Notice of Electronic Filing generated by EM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        *s/Leonor M. Lagomasino*
                                        LEONOR M. LAGOMASINO, ESQ.

## SERVICE LIST

H.K. Skip Pita
Florida Bar No: 0101974
Pita & Del Prado
9350 South Dixie Highway
Suite 1200
Miami, Florida 33156
Telephone No: (305) 670-8060
Facsimile No: (305) 670-6666
Primary Email: spita@pdfirm.com
Secondary Email: cfisk@pdfirm.com
Counsels for Plaintiff

15115183v1 3049